IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BILLY GHESS**                                                                                          **PLAINTIFF**

v.                              Case No. 2:19-cv-00021 KGB

**BALEL KAID, YAHYA ALJOMY,**
**and MAHAMED KAID**                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that judgment is entered against defendants Balel Kaid, Yahya Aljomy, and Mahamed Kaid, jointly and severally, in the amount of $2,658.00 in damages and $2,658.00 in liquidated damages. Defendants are ordered to pay post-judgment interest pursuant to 28 U.S.C. § 1961, to be determined in accord with that provision, until judgment is paid in full.

It is so adjudged this 27th day of November, 2020.

_____
Kristine G. Baker
United States District Judge